IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRITTA EVA GROW,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

        Defendant.

Case No. 1:16-cv-01768-JR

ORDER

RUSSO, Magistrate Judge:

Having heard no objection from the government, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $8,921.60 is awarded to plaintiff. It is ordered that this attorney fee shall be paid directly to plaintiff's attorney by check made payable to him, dependent upon verification that plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v.

Page 1 – ORDER

Ratliff, 560 U.S. 586 (2010). If plaintiff has such debt, it is ordered that the check for any remaining funds after offset shall be made out to plaintiff and mailed to plaintiff's counsel. Costs for court filing fees shall be awarded to plaintiff's attorney in the sum of $400.00 pursuant to 28 U.S.C. §1920.

DATED this 11th day of October 2018.

/s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge